### In re TERMINAL RY. OF BUFFALO.

### Appeal of TOWN OF WEST SENECA.

(Supreme Court, Appellate Division, Fourth Department. November 13, 1907.)

Appeal from Special Term, Erie County.

Petition by the Terminal Railway of Buffalo, under Railroad Law, Laws 1897, pp. 794, 796, c. 754, §§ 60, 62, for the establishment of highway crossings in the town of West Seneca. From a determination of the board of railroad commissioners, the town of West Seneca appeals. Affirmed.

PER CURIAM. Determination of the board of railroad commissioners affirmed, without costs, on opinion of McLennan, P. J., in Matter of Petition of the Terminal Railway of Buffalo, etc., as to its Highway Crossings in the Town of Cheektowaga (decided at this term of court) 106 N. Y. Supp. 655.

KRUSE, J., dissents.